1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREAMA PATTERSON,<br><br>           Plaintiff,<br><br>     v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS, INC.,<br><br>           Defendant | Case No.: 1:14-cv-01087-LJO-JLT<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 5) |

Counsel have stipulated to continue the scheduling conference to allow sufficient time for Defendant to appear in this action, given its recent receipt of service. Good cause appearing, the Court **ORDERS**:

1. The Initial Scheduling Conference, currently scheduled for November 6, 2014, is continued to **December 5, 2014**, at 9:00 a.m. Telephonic appearances via the Court Call service are authorized. The joint scheduling report SHALL be filed no later than November 26, 2014.

IT IS SO ORDERED.

Dated:   **October 16, 2014**                     **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE