UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREAMA PATTERSON,<br><br>             Plaintiff,<br><br>       v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>             Defendant. | Case No.: 1:14-cv-01087 LJO JLT<br><br>ORDER SETTING FURTHER SCHEDULING CONFERENCE; ORDER DIRECTING COUNSEL TO APPLY FOR PRO HAC VICE MEMBERSHIP |

On April 29, 2015, the Court held a scheduling conference in this matter. However, in light of the fact that two foreign defendants were added to the matter in the First Amended Complaint and they have not yet been served, the Court will set a further scheduling conference. Moreover, after the hearing, the Court discovered that Ms. Stackhouse, counsel for Plaintiff, is not a member of this Court and she has she not applied for pro hac vice membership. Therefore, the Court **ORDERS**:

1. The Court sets a further scheduling conference on **September 9, 2015** at 9:00 a.m. Telephonic appearances via the CourtCall service are authorized;

2. No later than **August 26, 2015**, the parties **SHALL** file a joint statement addressing whether the foreign defendants have been served and, if they have not, the efforts made thusfar and those acts remaining to complete service and when services is expected to be accomplished. In the event service has not been completed, Plaintiff will be required to provide a status report every 21 days thereafter until service is complete;

1

3. In the event the foreign defendants have been served, the parties **SHALL** file a joint amended scheduling report rather than the joint statement, and **SHALL** address the topics required by the Court's order setting the scheduling conference (Doc. 3);

4. Plantiff's counsel **SHALL** take all reasonable steps to effectuate service on the foreign defendants as expeditiously as possible;

5. Because it appears that Ms. Stackhouse is not a member of this Court or a member of the State Bar of California, and she has not been admitted pro hac vice, she is not permitted to practice in this Court.  She **SHALL** file a request to appear pro hac vice within 21 days or be prohibited from further appearances in this Court.

**Failure to comply with this order may result in the imposition of sanctions and could include dismissal of the unserved defendants.**

IT IS SO ORDERED.

Dated:   **April 29, 2015**                                  **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE