UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREAMA PATTERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE PHARMACEUTICALS INC., et al.,<br><br>  Defendant. | Case No.: 1:14-cv-01087 LJO JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE BY WHICH DEFENDANTS SHALL RESPOND TO THE COMPLAINT<br><br>(Doc. 35) |

Before the Court is the stipulation of the parties allowing Bayer Pharma AG and Bayer OY to file a single responsive pleading within 21 days after service occurs on Bayer Pharma AG. (Doc. 35 at 2) Both of these foreign defendants must be served according to the Hague Convention. Id. Service on Bayer OY has been completed but it has not been completed as to Bayer Pharma AG. Id. Therefore, the Court **ORDERS**:

1. No later than 21 days after service on Bayer Pharma AG occurs, this defendant and Bayer OY SHALL file their joint responsive pleading;

2. N**o later than October 9, 2015 and every 21 days thereafter**, Plaintiff **SHALL** file a report detailing the status of service on Bayer Pharma AG until such time as service is achieved.

IT IS SO ORDERED.

Dated:  **September 23, 2015**    /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE