UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREAMA PATTERSON,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>BAYER HEALTHCARE<br>PHARMACEUTICALS INC., et al.,<br><br>　　　　　Defendant. | Case No.: 1:14-cv-01087 DAD JLT<br><br>ORDER GRANTING STIPULATION FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT<br><br>(Doc. 46) |

The parties have stipulated to allow Plaintiff to file a second amended complaint which makes changes to the complaint related to allegations supporting diversity jurisdiction. (Doc. 46 at 2) Therefore, the Court **ORDERS**:

1. Plaintiff SHALL file her second amended complaint within three days;

2. Defendants' answers (Docs. 24, 38) are deemed to respond to the second amended complaint and no further responsive pleading is required.

IT IS SO ORDERED.

Dated: **February 2, 2016**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE